AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Terrell Armstead a.k.a. "RELL" & "SUPREME 16" | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 5, 2015 and April 25, 2019___ in the county of _____ in the

_____ District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1591(a)(1) | Between on or about June 5, 2015 and August 18, 2016 in the District of Columbia and elsewhere, the defendant, TERRELL ARMSTEAD, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, or solicited by any means a minor female under the age of 18 years, to wit, 16 - 17 years of age, knowing that the minor female had not attained the age of 18 years and would be caused to engage in a commercial sex act, and TERRELL ARMSTEAD benefited financially from doing so. |
| 18 U.S.C. § 1591 | Between on or about January 2018 and December 2018 in the District of Columbia and elsewhere, the defendant, TERRELL ARMSTEAD, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, or solicited by use of force, fraud, or coercion and adult female, O.S., knowing that she would be caused to engage in a commercial sex act, and TERRELL ARMSTEAD benefited financially from doing so. |
| 18 U.S.C. § 1591(d) | Between on or about December 2018 and April 25, 2019 in the District of Columbia and elsewhere, the defendant, TERRELL ARMSTEAD, knowingly obstructed, attempted to obstruct, interfered with and prevented the enforcement of 18 USC 1591(a). |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremiah Johnson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___05/01/2019___

_____
*Judge's signature*

City and state: ___Washington, D.C.___    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*